# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 2, 2020

160217

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

MARK GOTTLEBER and ROSE GOTTLEBER,
    Plaintiffs-Appellees,

v

COUNTY OF SAGINAW,
    Defendant-Appellant.

SC: 160217
COA: 336011
Bay CC: 12-003406-CZ

_____/

On order of the Court, the application for leave to appeal the August 1, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 2, 2020



Clerk

p1216